# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 14-30345    DATE: 6-20-14

NAME(S): Kanisha Willingham

## FRBP 4002 STATEMENT OF CHANGE OF
## MAILING ADDRESS OF DEBTOR

Dear Clerk of the Court:

I/We the above-stated debtor(s) do hereby request that the mailing address listed in the above-stated case be changed to:

☑ Debtor 1 Kanisha Willingham    ☐ Debtor 2 _____

1430 Allen St.      ☐ Check here if address is the same as Debtor 1

Burton MI

48509

I/We declare under the penalty of perjury that the address listed above is my/our current mailing address.

Sincerely,

_____    _____
Debtor 1                 Debtor 2

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

****THIS FORM IS TO BE USED **ONLY** FOR ADDRESS CHANGES THAT OCCUR **AFTER** THE FILING OF THE BANKRUPTCY PETITION. IF THE ADDRESS WAS INCORRECTLY LISTED ON THE PETITION **AT THE TIME OF FILING**, PLEASE AMEND THE PETITION AND FILE IT WITH THE BANKRUPTCY COURT.

© Chapter 13 Trustee – David Wm. Ruskin
Used with Permission